# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HERITAGE AUCTIONS, INC. d/b/a HERITAGE AUCTION GALLERIES, PLAINTIFF, | * * * * | |
| VS. | * * | CIVIL ACTION NO. 3-10-CV-0482-0 |
| BENSON HOPP, HENRY V. VACCARO, VINTAGE ASSOCIATES LLC, and UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE), DEFENDANTS. | * * * * * | |

## UNITED STATES' CERTIFICATE OF INTERESTED PARTIES

Defendant United States of America, sued as Internal Revenue Service, files this Certificate of Interested Parties, as follows:

United States of America certifies to the Court that the following are financially interested or may be financially interested in the outcome of this litigation:

1. Benson Hopp;

2. Henry V. Vaccaro;

3. Vintage Associates, LLC;

4. Heritage Auctions, Inc. d/b/a Heritage Auction Galleries; and

5. United States (Internal Revenue Service).

UNITED STATES' CERTIFICATE OF INTERESTED PARTIES – Page 1

JAMES T. JACKS
United States Attorney


*/s/ Ramona S. Notinger*
RAMONA S. NOTINGER
Ramona.S.Notinger@usdoj.gov
Texas Bar No. 19158900
U.S. Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9766 fax: (214) 880-9742

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the ECF-system on May 4, 2010 to:

Samuel E. Joyner, Esq.
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761

*/s/   Ramona S. Notinger*
RAMONA S. NOTINGER