**W1ILLIAM A. PIGG, LLC**
660 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Telephone: (323) 204-2999
Facsimile: (323) 375-0158

William A. Pigg, LA Bar No. 24189

Attorney for defendant HENRY V. VACCARO and defendant/third party plaintiff VINTAGE ASSOCIATES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HERITAGE AUCTIONS, INC. d/b/a HERITAGE AUCTION GALLERIES, <br><br> Plaintiff, <br> v. <br><br> BENSON HOPP, HENRY V. VACCARO, VINTAGE ASSOCIATES LLC, AND INTERNAL REVENUE SERVICE, <br><br> Defendants <br><br> ──────────────────── <br><br> VINTAGE ASSOCIATES, LLC <br><br> Third Party Plaintiff, <br> v. <br><br> SOUTHERN NEVADA MOVERS, INC., MARIO TRABADO, CLARK COUNTY PUBLIC AUCTIONS, ABELS LANE, LLC, DOUG DELORME, BOB CASEY, TIMOTHY WIX, GREGORY ALLEN HEITZMAN, and A & J GLOBAL ENTERPRISES, INC., <br><br> Third Party Defendants | CIVIL ACTION NO. 3-10CV0482-0 |

1

## NOTICE OF DISMISSAL

Defendant/third party plaintiff VINTAGE ASSOCIATES, LLC announces to the Court that it has come to an amicable settlement of the matters involved in its Third Party Complaint against third party defendant SOUTHERN NEVADA MOVERS, INC.

WHEREFORE, defendant/third party plaintiff VINTAGE ASSOCIATES, LLC does hereby advise the Court that its Third Party Complaint against third party defendant SOUTHERN NEVADA MOVERS, INC. is dismissed, with prejudice.

Dated this 13th day of April, 2011.           WILLIAM A. PIGG, LLC

_____
By WILLIAM A. PIGG (LA Bar No. 24189)
Attorney for defendant HENRY V. VACCARO,
and defendant/third party plaintiff
VINTAGE ASSOCIATES LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing Notice of Dismissal on the below named Third Party Defendant by placing same in the United States mail, postage prepaid and properly addressed to its last known address on April 13, 2011 as follows:

1. SOUTHERN NEVADA MOVERS, INC.
by and through its attorney
Bruce G. Temkin
100 Pearl Street, 14th Floor
Hartford, CT 06103

WILLIAM A. PIGG, LLC

_____
By WILLIAM A. PIGG (LA Bar No. 24189)
Attorney for defendant HENRY V. VACCARO,
and defendant/third party plaintiff VINTAGE
ASSOCIATES LLC

3