# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| HERITAGE AUCTIONS, INC., § <br> d/b/a/ HERITAGE AUCTION GALLERIES, § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> BENSON HOPP ET AL. § <br> § <br> Defendants. § | Civil Action No. 3:10-cv-0482 |

### MOTION FOR ENTRY OF FINAL JUDGMENT BETWEEN BENSON HOPP AND THIRD PARTY DEFENDANTS MARIO TRABADO, CLARK COUNTY PUBLIC AUCTIONS, AND ABELS LANE, LLC

**TO THE HONORABLE REED O'CONNOR, U.S. DISTRICT JUDGE:**

**COMES NOW,** Benson Hopp, third party plaintiff, and pursuant to the Order Granting Motion for Default Judgment (Dkt. 99), requests that the Court enter the proposed Judgment attached as Exhibit A to this Motion. All other claims in this case have been resolved pursuant to the Final Judgments entered at Dkt. Nos. 88, 91, and 93.

WHEREFORE, Hopp requests that the Court enter the proposed Final Judgment Between Benson Hopp and Third Party Defendants Mario Trabado, Clark County Public Auctions, and Abels Lane, LLC attached as Exhibit A to this motion. Hopp asks for all other relief to which he may show himself to be entitled.

Respectfully Submitted,


By: /s/ *Steven E. Clark*
**STEVEN E. CLARK**
Texas State Bar No. 04294800
**ZAC DUFFY**
Texas State Bar No.  24059697

**KENNEDY CLARK & WILLIAMS, PC**
1700 Pacific Ave., Suite 1280
Dallas, Texas 75201
Tel.:  (214) 979-1122
Fax:  (214) 979-1123
Attorneys for Benson Hopp


## CERTIFICATE OF SERVICE

On October 3, 2011, I electronically submitted the foregoing document to the Clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system of said Court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Zac Duffy*
Zac Duffy