UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HERITAGE AUCTIONS, INC.** d/b/a **HERITAGE AUCTION GALLERIES,** § § § § § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 3:10-cv-482-O | |
| **BENSON HOPP, et al.,** § § § | | |
| Defendants. § § | | |

### FINAL JUDGMENT BETWEEN BENSON HOPP AND THIRD PARTY DEFENDANTS MARIO TRABADO, CLARK COUNTY PUBLIC AUCTIONS, AND ABELS LANE, LLC

The Court granted Third Party Plaintiff Benson Hopp's ("Hopp") Motion for Default Judgment against Third Party Defendants Mario Trabado, Clark County Public Auctions, and Abels Lane, LLC on September 26, 2011. Order, Sept. 26, 2011, ECF No. 99. Having assessed the merits of Hopp's claims and the sufficiency of his complaint, **IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Hopp shall have judgment against Mario Trabado, Clark County Public Auctions, and Abels Lane, LCC (collectively, "Nevada Defendants") in the amount of $187,980.00.

2. Hopp shall have judgment against the Nevada Defendants for reasonable and necessary attorneys' fees and expenses through the trial of this matter in the amount of $27,997.50.

3. Prejudgment interest on the damages recovered by Hopp ($187,980.00) shall be calculated at the state statutory rate of 5%, compounded annually, from April 8, 2011 to the date of this Final Judgment.

    4.    Post-judgment interest on the damages and reasonable attorneys' fees and expenses shall be awarded to Hopp at the rate set by 28 U.S.C. § 1961 as of the date judgment is entered in this action, compounded annually.

    5.    Taxable costs of Court are awarded to Hopp as the prevailing party against the Nevada Defendants.

    6.    All other relief not expressly granted herein is hereby denied.  This is a final judgment.

**SO ORDERED** on this **30th day** of **November, 2011.**

_[signature]_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**